UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS J. GOHN**
    **Plaintiff**

VS.                    **CASE NO:**
                                 (Violation of federal Fair Debt
                                 Collections Act and Florida
                                 Consumer Collections Practices
                                 Act)

**CAPITAL ACCOUNTS OF TENNESSEE, LLC**
**A/K/A CAPITAL ACCOUNTS LLC**
**D/B/A**
**CAPITAL ACCOUNTS**
**AND**
**TAMPA BAY PODIATRY ASSOCIATES, P.A.**
**D/B/A/ TAMPA BAY PODIATRY**
    **Defendants**
_____/

**PLAINTIFF'S**
**NOTICE OF PENDENCY OF RELATED CASES**

In accordance with Local Rule 1.04(d), Plaintiff hereby certify that the instant action:

**IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

I further certify that I will serve a copy of this Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated  February 2, 2018

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 2, 2018, a true and correct copy of the foregoing was filed with the  Clerk of Federal District Court for the Middle District of Florida  which will send electronic notice to all attorneys  and parties of record.

/S/ *Frederick W. Vollrath*
_____Frederick W. Vollrath
Attorney for Defendants
Post Office Box 18842
Tampa, Florida, 33679
FBN: 165812
813-335-4379
fredvollrath@aol.com