**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**THOMAS J. GOHN,**

    **Plaintiff,**                                   Case No.: 8:18-cv-00199-EAK-CPT

**v.**

**CAPITAL ACCOUNTS LLC d/b/a**
**CAPITAL ACCOUNTS OF TENNESSEE,**
**LLC and TAMPA BAY PODIATRY**
**ASSOCIATES, P.A.,**

    **Defendants.**
_____/

**DEFENDANT'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

THOMAS J. GOHN
Counsel for Plaintiff:
Frederick W. Vollrath, Esq.
FBN: 165812
Law Office of Frederick W. Vollrath
P.O. Box 18942
Tampa, FL 33679
Phone: 813-335-4379
fredvollrath@aol.com

CAPITAL ACCOUNTS LLC d/b/a CAPITAL ACCOUNTS OF TENNESSEE, LLC
Counsel for Defendant:
Dale T. Golden, Esq.
Joseph C. Proulx, Esq.
201 North Armenia Avenue
Tampa, FL 33609
Phone:  813-251-5500
Email: dgolden@gsgfirm.com
Email: jproulx@gsgfirm.com

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None.*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

*None.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

THOMAS J. GOHN

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 16, 2016

                                          Respectfully submitted by:

                                          /s/ Dale T. Golden
                                          DALE T. GOLDEN, ESQ.
                                          Florida Bar No.: 0094080
                                          JOSEPH C. PROULX, ESQ.
                                          Florida Bar No.: 0056830
                                          **GOLDEN SCAZ GAGAIN, PLLC**
                                          201 North Armenia Avenue
                                          Tampa, Florida 33609-2303
                                          Phone: (813) 251-5500
                                          Fax: (813) 251-3675
                                          dgolden@gsgfirm.com
                                          jproulx@gsgfirm.com
                                          Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080